**Order filed August 10, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00813-CR
_____

**JASPER DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1573130**

---

## ORDER

Appellant is represented by appointed counsel, Celeste Blackburn. Appellant's brief was originally due **April 29, 2021.** We granted three extensions of time to file appellant's brief until August 2, 2021. When we granted the third extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed.

Accordingly, we order Celeste Blackburn to file a brief with the clerk of this court on or before **August 24, 2012**. If Celeste Blackburn does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.